# Court of Appeals
# of the State of Georgia

ATLANTA,   January 26, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0770. RICHARD BROWN v. JOHN MOORE.

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Richard Brown appealed the magistrate court's decision to the superior court. On October 27, 2015, the superior court entered judgment against Brown, who filed a notice of appeal on November 17, 2015. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Brown was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this appeal.

Moreover, even if Brown had a right of direct appeal, this appeal is untimely. Although a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335- 336 (715 SE2d 752) (2011). Brown, however, filed his notice of appeal 21 days after the superior court's order was entered.

For these reasons, Appellee's Motion To Dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____01/26/2016_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*